United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Jhonny Wilfredo Romero Ramos, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-26-7426 |
| | § | |
| Randy Tate, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

In accordance with the Parties' Stipulation of Voluntary Dismissal (docket no. 6) this action is **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 15th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE